UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
STEPHANIE MARKBREITER,

                            Plaintiff,                    09-cv-05573 (LAK)

    v.

                                                    **NOTICE OF MOTION**

BARRY L. FEINBERG, M.D., P.C. and
BARRY L. FEINBERG,                             Oral Argument Requested

                            Defendants.
--------------------------------------------------------

    PLEASE TAKE NOTICE that, upon the Amended Complaint, the Amended Answer to Amended Complaint with Affirmative Defenses and Counterclaims, and Plaintiff's Answer to Counterclaims, and the accompanying Memorandum of Law, Plaintiff–Counterclaim Defendant Stephanie Markbreiter will move this court, at the United States Courthouse, 500 Pearl Street, Courtroom 12D for an Order pursuant to Fed. R. Civ. P. Rule 12(c) and (f) dismissing all counterclaims without prejudice for lack of subject matter jurisdiction and dismissing and striking Defendants' twentieth affirmative defense for legal insufficiency.

December 4, 2009

                                                  PEDOWITZ & MEISTER, LLP

                                                  By_____
                                                  Robert A. Meister, Esq.
                                                  Attorneys for Plaintiff-Counterclaim Defendant
                                                  1501 Broadway, Suite 800
                                                  New York, NY 10036

To:    Aaron C. Schlesinger, Esq.         (212) 403-7330
        PECKAR & ABRAMSON, P.C.
        Attorneys for Defendants – Counterclaim Plaintiffs
        41 Madison Avenue, 20th Floor
        New York, NY 10010